IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:10mj _195_ |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about March 24, 2010, at McGuire Medical Center, property administered by the Department of Veterans Affairs, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, STEPHEN WILLIAMS did willfully, unlawfully and knowingly possess Schedule II and Schedule IV controlled substances, to wit: Methadone Hydrochloride, Clonazepam, and Alprazolam.

(In violation of Title 21, United States Code, Section 844(a).)

### COUNT TWO

On or about March 24, 2010, at McGuire Medical Center, property administered by the Department of Veterans Affairs, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, STEPHEN WILLIAMS did unlawfully and knowingly enter an area posted as closed to the public.

(In violation of 38 CFR 1.218(b)(8).)

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By: *Sara E Chase*
Sara E. Chase
Assistant United States Attorney