AO 199A (Rev. 1/98)Order Setting Conditions of Release    Page 1 of Pages

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF VIRGINIA



MAY 11 2010

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**UNITED STATES OF AMERICA**

v.

**STEPHEN WILLIAMS**
**Defendant**

**ORDER SETTING CONDITIONS OF RELEASE**
**CASE NUMBER: 3:10mj195**

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at **The United States District Court, 701 E. Broad Street, Richmond, VA 23219, on June 1, 2010, at 10:00 a.m.**
                                                                                                 date and time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(X) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentenced imposed.

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(  ) (6) The defendant is placed in the custody of :




who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and ( c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.



Signed:_____

Custodian of Proxy

( X ) ( 7 ) The defendant shall:
    ( X ) (a) report to Pretrial Services as directed, and cooperate fully as directed.
       Telephone number, 916-2800              .
    (  ) (b) incur no new credit without prior approval of pretrial services.
    (  ) ( c ) Provide access to any requested financial information to pretrial service
    (  ) (d) execute a bail bond with solvent sureties in the amount of $_____.
    ( X ) (e) actively seek and/or maintain employment as directed by pretrial service.
    (  ) (f) maintain or commence an education program as directed by pretrial service
    (  ) (g) surrender any passport to counsel or pretrial services
    (  ) (h) obtain no passport nor any new travel documents..
    (  )(i) abide by the following restriction on his personal associations, place of abode, or travel: Defendant shall not leave the Commonwealth of Virginia without the prior knowledge and approval of pretrial service.
    (  ) (j) avoid all communication, directly or indirectly, with any persons who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: any witnesses, informant, juror, grand juror, co-defendant, or any person defendant suspects is acting in those capacities without permission of the Court or with the consent of counsel..
    (  )(k) undergo medical or psychiatric treatment and/or remain in an institution, as follows:
_____
    (  )(l) return to custody each (week) day as of_____o'clock after being release each (week) day as           of_____o'clock for employment, schooling, or the following limited purpose(s):_____
    (  ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the Pretrial Services Officer or supervising officer.
    ( X ) (n) not possess any firearms, destructive devices, or other dangerous weapons.
    ( X )(o) refrain from (  ) any ( X ) excessive use of alcohol.
    ( X ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
    ( X )(q) submit to any method of testing required by the pretrial services officer or the supervising officer for determining whether the defendant is used a prohibited substance. Such methods may be used

with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing, to paid for by defendant.

( X ) (r) Continue/participate in a program of inpatient or outpatient substance therapy and mental health counseling, if deemed advisable by the pretrial services officer or supervising officer and shall pay the costs of such treatment as required.

(  ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is(are) required as condition(s) of release.

(  ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which (  ) will or (  ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services officer or supervising officer.

    (i) CURFEW: You are restricted to your residence everyday (  ) from _____ to _____, or (  ) as directed by the pretrial services officer or supervising officer; or

    (  ) (ii) **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities as pre-approved by the pretrial services officer or supervising officer; or

    (iii) **HOME INCARCERATION:** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by pretrial services or supervising officer.

( X )(u) report as soon as possible, to the pretrial services officer or supervising officer any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop.

(  )(v) the defendant shall not operate a motor vehicle without a valid license.

(  )(w) the defendant is placed on home detention with electronic monitoring as directed. Defendant shall pay the costs of electronic monitoring as directed.

( X ) (x) Defendant shall maintain contact with attorney; if defendant pleads guilty or is found guilty, he/she must report to a U. S. Probation Officer for purposes of preparation of Presentence Report; defendant may report to an Assistant U. S. Attorney as long as his/her attorney is present during any discussions.

### Advice of Penalties and Sanctions

TO THE DEFENDANT:
   YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and prosecution for contempt of court and could result in a term of imprisonment, a fine or both.
The commission of a federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offence is a felony: or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.
Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of: (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both: (2) an offense punishable by imprisonment for a period of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both: (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both: (4) a misdemeanor, you shall be fined not more than

$100,000 or imprisoned not more than two years, or both.
A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offence. In addition a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____      _____
City and State                                               Telephone

## Directions to United States Marshal

( X ) The defendant is ORDERED released after processing.
( ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate Judicial officer at the time and place specified, if still in custody.

Date: ~~March 16, 2010~~
      May 11, 2010

```
            /s/
    _____
    Dennis W. Dohnal
    United States Magistrate Judge
```